```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 00-CR-5396 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING |
| v. | ) | |
| | ) | |
| CONNIE JO KUBICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and ANTHONY P. CAPOZZI, attorney for defendant, that the hearing presently set for August 1, 2005, at 1:30 p.m., may be continued to August 22, 2005 at 1:30 p.m.

//
//
//
//
//

1

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel preparation of his case and for continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: 7/28/05     By  /s/ Stanley A. Boone
                       STANLEY A. BOONE
                       Assistant U.S. Attorney

DATE: 7/28/05      By  /s/ Patience Milrod
                       ANTHONY P. CAPOZZI
                       Attorney for Connie Jo Kubica

**ORDER**

IT IS SO ORDERED.

DATED: August 2, 2005     /s/ OLIVER W. WANGER
                          _____
                          OLIVER W. WANGER
                          U.S. District Judge