1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff United States of America
6

7 IN THE UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9
10  UNITED STATES OF AMERICA,                   CASE NO.: 1:00-CR-05396 DAD

11                 Plaintiff,                   MOTION TO DISMISS INDICTMENT AS TO
                                                DEFENDANT ANTON MICHAEL KUBICA;
12          v.                                  ORDER

13  ANTON MICHAEL KUBICA,

14                 Defendant.

15

16     The government moves to dismiss without prejudice the indictment in this case as to defendant

17  Anton Michael Kubica only, pursuant to Fed. R. Crim. P. 48(a). Defendant Anton Michael Kubica has

18  never appeared in this case.

19   Dated: Sept. 9, 2021                       PHILLIP A. TALBERT
                                                Acting United States Attorney
20
                                                 /s/ Kirk E. Sherriff
21                                              KIRK E. SHERRIFF
                                                Assistant United States Attorney
22

23
       IT IS ORDERED that the indictment is dismissed without prejudice as to defendant Anton
24  Michael Kubica.

25  IT IS SO ORDERED.
26
     Dated:  **September 10, 2021**            _____
27                                              UNITED STATES DISTRICT JUDGE
28

1